IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISIOIN

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 0:24-469 |
|---|---|---|
| | ) | 18 U.S.C. § 2 |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B) |
| v. | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | 21 U.S.C. § 846 |
| | ) | 21 U.S.C. § 853 |
| | ) | 21 U.S.C. § 881 |
| **CORY MARTIN,** | ) | 28 U.S.C. § 2461(c) |
| **BRANDON RAMSEY,** | ) | |
| **TRAVIS QUEEN,** | ) | |
| **ASHLEY DANIELS,** | ) | |
| **WESLEY HUFFSTETLER** | ) | **INDICTMENT** |

## COUNT ONE

THE GRAND JURY CHARGES:

That beginning at a time unknown to the grand jury, but beginning at least in or around August of 2023, and continuing thereafter, up to and including December of 2023, in the District of South Carolina and elsewhere, the Defendants, **CORY MARTIN, BRANDON RAMSEY, TRAVIS QUEEN, ASHLEY DANIELS, and WESLEY HUFFSTETLER** knowingly and intentionally did combine, conspire, agree and have a tacit understanding with each other and others, both known and unknown to the grand jury, to knowingly, intentionally, and unlawfully possess with intent to distribute and did distribute a mixture or substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl) and methamphetamine, both Schedule II controlled substances;

1

a. With respect to **CORY MARTIN**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of a mixture or substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl) and 5 grams or more of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C);

b. With respect to **BRANDON RAMSEY**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of a mixture or substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl) and a quantity of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

c. With respect to **TRAVIS QUEEN,** the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of a mixture or substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl) and a quantity of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

d. With respect to **ASHELY DANIELS**, the amount involved in the conspiracy attributable to her as a result of her own conduct, and the conduct of other conspirators reasonably foreseeable to her, is a quantity of a mixture or substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide

(commonly known as fentanyl) and a quantity of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

e. With respect to **WESLEY HUFFSTETLER**, the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a quantity of methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C);

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), 841(b)(1)(C) and 846.

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

That on or about October 6, 2023, in the District of South Carolina, the Defendants, **CORY MARTIN and BRANDON RAMSEY,** as a principals, as aiders and abettors, and as a co-participants in jointly undertaken criminal activity, knowingly, intentionally and unlawfully did distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl), a schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES:

That from on or about December 3, 2023 to on or about December 4, 2023, in the District of South Carolina, the Defendants, **CORY MARTIN, TRAVIS QUEEN, and ASHLEY DANIELS,** as a principals, as aiders and abettors, and as a co-participants in jointly undertaken criminal activity, knowingly, intentionally and unlawfully did distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide (commonly known as fentanyl) and a quantity of methamphetamine, both schedule II controlled substances;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

# FORFEITURE

DRUG OFFENSES:

Upon conviction for felony violation of Title 21, United States Code, as charged in this Indictment, the Defendants, **CORY MARTIN, BRANDON RAMSEY, TRAVIS QUEEN, ASHLEY DANIELS,** and **WESLEY HUFFSTETLER**, shall forfeit to the United States all of the Defendants' rights, title, and interest in and to any property, real and personal,

    (a) constituting, or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

    (b) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code.

PROPERTY:

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for the offenses charged in this Indictment includes, but is not limited to, the following:

    A.    Proceeds/Forfeiture Judgment:

        A sum of money equal to all property the Defendants obtained as a result of the drug offenses charged in the Indictment, and all interest and proceeds traceable thereto as a result of their violation of 21 U.S.C. §§ 841 and 846.

    B.    Firearms:

        (1)    Glock 19 9mm with two magazines
                 Serial Number: BFEV045
                 Seized from: Residence of Corey Martin

        (2)    Marlin 22LR rifle
                 Serial Number: 20666940
                 Seized from: Residence of Corey Martin

  (3) Savage .17 HMR rifle
    Serial Number: 2790255
    Seized from: Residence of Corey Martin

  (4) Henry 22LR rifle
    Serial Number: GB729568
    Seized from: Residence of Corey Martin

C. <u>Ammunition/Magazines</u>:

  (1) Miscellaneous rounds of 9mm ammunition
    Seized from: Residence of Corey Martin

  (2) Miscellaneous rounds of .22 caliber ammunition
    Seized from: Residence of Corey Martin

  (3) Two black 9mm magazines with (5) rounds
    Seized from: Residence of Corey Martin

  (4) One metal magazine with (2) rounds of 7.62x39 ammunition
    Seized from: Residence of Corey Martin

SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of a Defendant:

  (1) Cannot be located upon the exercise of due diligence;
  (2) Has been transferred or sold to, or deposited with a third party;
  (3) Has been placed beyond the jurisdiction of the Court;
  (4) Has been substantially diminished in value; or
  (5) Has been commingled with other property which cannot be subdivided without difficulty.

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), (incorporating Title 21, United States Code, Section 853(p)), to seek forfeiture of any other property of the said Defendant up to the value of the above forfeitable property.

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A  TRUE  BILL



FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Lamar J. Fyall (Fed. ID #13629)
Assistant U.S. Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: 803-929-3000
Fax: 803-256-0233
Email: Lamar.Fyall@usdoj.gov

7